UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

JULIE L. LONGOBARDI,

        Plaintiff,           **ORDER**

  -against-               07 Civ. 5952 (LAP)(MHD)

MICHAEL J. ASTRUE,
as Commissioner of Social Security,

        Defendant.

------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** as follows:

    Defendant is to serve his motion for judgment on the pleadings by **FEBRUARY 10, 2008**. Plaintiff is to serve and file her motion and opposition papers by **MARCH 10, 2008**. Defendant's reply will be due no later than **MARCH 24, 2008**.

DATED:  New York, New York
       January 14, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Lewis Bart Insler, Esq.
Insler & Hermann, LLP
80 Grasslands Road
Suite 102
Elmford, NY 10523

Susan D. Baird, Esq.
Assistant United States Attorney
86 Chambers Street - Third Floor
New York, NY 10007