

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

February 8, 2008

BY FAX

Honorable Michael H. Dolinger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Julie L. Longobardi v. Astrue
    07 Civ. 5952 (LAP) (MHD)

Dear Judge Dolinger:

    The Court issued a briefing schedule in the above-referenced Social Security case requiring the defendant to file a motion for judgment on the pleadings by February 11, 2008. We write respectfully to request, with the consent of plaintiff's counsel, that the briefing schedule be adjourned for approximately three weeks, as follows: defendant's motion for judgment on the pleadings by March 4, 2008, plaintiff's opposition and cross-motion by April 4, 2008, and defendant's reply, if any, by April 18, 2008. The reason for this request is to give the defendant sufficient time to prepare his papers in this case. No prior adjournment of the briefing schedule has been requested. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FAX
    Lewis B. Insler, Esq.

ENDORSED ORDER

2/11/08

TOTAL P.02