

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 7, 2008

ENDORSED
ORDER

Application granted

Mr/csm/
3/10/08

BY FAX

Honorable Michael H. Dolinger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Julie L. Longobardi v. Astrue
07 Civ. 5952 (LAP) (MHD)

Dear Judge Dolinger:

    This letter will confirm my telephone conversation with chambers today. Pursuant to the briefing schedule in this Social Security case, the Government's motion for judgment on the pleadings was due March 4, 2007. We write respectfully to request that the briefing schedule for this case be adjourned <u>nunc pro tunc</u> as follows: Government's motion for judgment on the pleadings by March 10, 2008, plaintiff's opposition and cross-motion by April 10, 2008, and defendant's reply, if any, by April 24, 2008. The reason for this request is that the undersigned has been out of the office due to illness. I apologize for any inconvenience to the Court or plaintiff's counsel for this late request. I attempted to obtain the consent of plaintiff's counsel to this proposed adjournment but the message on his voicemail stated that he would be out of the office on March 6 and 7, and he did not return a message left today. One prior adjournment of the briefing schedule was granted. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750