

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

April 24, 2008

BY FAX

Honorable Michael H. Dollinger
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1670
New York, New York 10007-1312

    Re:  Julia Longobardi v. Astrue
         07 CV ~~8045~~ 5952 (LAP)(MHD)

Dear Magistrate Judge Dollinger:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of time to file defendant's reply.

    Pursuant to the Court's Order of March 10, 2008, defendant's reply is due today, April 24, 2008. This case was assigned to me after the government filed its motion for judgment on the pleadings and I have not yet completed preparation of defendant's reply. I respectfully request that the time in which to file and serve defendant's reply be extended by fourteen days, to May 8, 2008. The government has requested two previous extensions of the briefing schedule. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Susan C. Branagan*
SUSAN C. BRANAGAN
Assistant United States Attorney
Telephone: (212) 637-2804
Fax: (212) 637-2750

ENDORSED ORDER
Application granted.
[signature] 4/25/08

cc: Lewis B. Insler, Esq.
    By Fax