```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
JULIE L. LONGBARDI,                 :    07 Civ. 5952 (LAP)
                                    :
              Plaintiff,            :    ORDER
                                    :
         v.                         :
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security     :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/09

LORETTA A. PRESKA, U.S.D.J.:

On August 5, 2008, Magistrate Judge Dolinger issued a Report and Recommendation denying the Commissioner's motion to dismiss on the pleadings and recommending that the case be remanded for further consideration and administrative proceedings, as described therein, to determine whether Plaintiff is entitled to disability insurance benefits under the Social Security Act and, if so, in what amount. (Dkt. No. 16.) Objections to that Report and Recommendation were due on August

25, 2008.  Having received no Objections, and finding Judge Dolinger's decision to be well-reasoned and thoroughly grounded in the law, his Report and Recommendation is hereby ADOPTED.


SO ORDERED:

DATED:     New York, New York
           January 6, 2009

                              _____
                              LORETTA A. PRESKA, U.S.D.J.